**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MANETIRONY CLERVRAIN**                                                    **PLAINTIFF**

**v.**                                        **Case No. 4:20-cv-00369-KGB**

**ALEYENDRO A. PADILLLA and DOES**                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Manetirony Clervrain's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 21st day of January, 2021.

Kristine G. Baker
United States District Judge